IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ISAIAH LANIER WEBSTER JR. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 7:23CV395 |
| | § | |
| VECTOR MARKETING CORPORATION | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Vector Marketing Corporation ("Defendant") files its Notice of Removal as follows:

## I.
### BACKGROUND FACTS

1. Plaintiff, Isaiah Lanier Webster, Jr. ("Plaintiff" or "Webster") commenced this lawsuit against Defendant on or about August 22, 2023, by filing a petition styled *Isaiah Lanier Webster, Jr. v. Vector Marketing Corporation,* Cause No. CL-23-3325-D in the County Court at Law No. 4 of Hidalgo County, Texas (the "State Court Suit"). Plaintiff's Original Petition included a single claim under Chapter 21 of the Texas Labor Code. *See* Pl.'s Orig. Pet. Defendant filed an answer to Plaintiff's Original Petition on September 26, 2023

2. However, on October 25, 2023, Plaintiff filed his First Amended Petition, adding a claim under Section 1 of the Civil Rights Act of 1866, as amended, and codified at 42 U.S.C.A. §1981. *See* Pl.'s Am. Pet. ¶¶ 31-35. By adding a cause of action arising under federal statute, the State Court Suit became removable to federal court based on this court's federal question jurisdiction.

## II.
### GROUNDS FOR REMOVAL

4.      This Court has original jurisdiction under 28 U.S.C. § 1331, because Plaintiff alleges that Defendant violated Section 1 of the Civil Rights Act of 1866, 42 U.S.C.A. § 1981, by discriminating against him.  Based on this claim, removal is appropriate, and this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and § 1441(c).

## III.
### PROCEDURE FOR REMOVAL

5.      Defendant has filed this Notice pursuant to 28 U.S.C. § 1446(b) in a timely fashion, in that this Notice has been filed within thirty (30) days of service of Plaintiff's First Amended Petition, which is when this matter first became removeable to federal court.  The State Court Suit is pending, and no further proceedings have been had therein.  Defendant has been properly served at the time of this removal and is represented by the undersigned counsel.

6.      Venue is proper in this Court because the State Court Suit was pending in a court located within the Southern District of Texas.

7.      Defendant will give written notice of the filing of this Notice of Removal to Plaintiff's counsel of record.  Defendant will also file a Notice of Filing Notice of Removal to Federal Court with the clerk of the County Court at Law No. 4 in Hidalgo County, Texas promptly after filing this Notice of Removal.

8.      Defendant is also filing contemporaneously with this Notice a completed civil cover sheet, a supplemental civil cover sheet, and a corporate disclosure statement in compliance with the Federal Rules of Civil Procedure.

9.      In accordance with Local Rule 81.1, Defendant is contemporaneously filing documents in accordance with Local Rule 81.1.

## IV.
### PRAYER

WHEREFORE, Defendant respectfully prays that this case be removed to the United States District Court for the Southern District of Texas, McAllen Division, and for such other and further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

**HALLETT & PERRIN, P.C.**

By: */s/ Barrett C. Lesher*
Barrett C. Lesher
Attorney in Charge
State Bar No. 24070137
blesher@hallettperrin.com
Robert E. Luxen
State Bar No. 12711500
rluxen@hallettperrin.com
Katrisha L. Shirley
State Bar No. 24098422
kshirley@hallettperrin.com
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: (214) 953-0053
Facsimile: (214) 922-4142

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.

*/s/ Barrett C. Lesher*
Barrett C. Lesher